# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3168
LT Case No. 2008-CF-010573-C

_____

RAYDEL ALVAREZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Raydel Alvarez, Century, pro se.

No Appearance for Appellee.


January 19, 2024


PER CURIAM.

This Court previously dismissed Appellant's petition for writ of habeas corpus and affirmed the trial court's order denying Appellant's motion for postconviction relief in Brevard County Circuit Court Case No. 2008-CF-010573-C. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court, asserting claims stemming from Brevard

County Circuit Court Case No. 2008-CF-010573-C, may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2023); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.